# IN THE SUPREME COURT OF THE STATE OF NEVADA

DANIELLE TYRA,
                Appellant,

vs.

JASON PAUL VAN BUREN,
                Respondent.

No. 72751

**FILED**

APR 28 2017

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an order denying a motion to set aside a child custody determination. Eighth Judicial District Court, Family Court Division, Clark County; T. Arthur Ritchie, Jr., Judge.

Our review of docketing statement and the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears that the notice of appeal was prematurely filed, before the entry of a final written judgment, and is therefore of no effect. *See* NRAP 4(a)(1). A district court's oral pronouncement from the bench, a minute order, and even an unfiled written order do not definitively resolve a disputed matter and cannot be appealed. *See Rust v. Clark Cty. School District*, 103 Nev. 686, 747 P.2d 1380 (1987). We conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc: Hon. T. Arthur Ritchie, Jr., District Judge, Family Court Division
Danielle Tyra
Michael A. Root
Eighth District Court Clerk